# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Elijah Majak Buoi | ) | Case No. |
| | ) | 20-mj-4143-DHH |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2020 - Present__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Sheila Magoon, FBI, Special Agent
*Printed name and title*

Sworn telephonically in accordance with Fed. R. Crim. P. 4.1

Date: **Jun 19, 2020**

*Judge's signature*

City and state: Worcester, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*